IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SUNG MOON AND JIN MOON**                                                **PLAINTIFFS**

V.                               NO. 2:05CV00064 JMM

**JAE BOON CHEA AND MYUNG CHEA**                            **DEFENDANTS**

## ORDER

Pending is Plaintiffs' motion to renew and/or re-file motion for summary judgment out of time. (Docket # 26). Defendants have responded. For good cause shown, the motion is granted. Plaintiffs may re-file their motion for summary judgment on or before ten (10) days following the completion of the depositions of Defendants Jae Boon Chea and Myung Chea. Plaintiffs are also directed to file a short and concise statement of the material facts as to which they contend there is no genuine issue to be tried as required by Local Rule 56.1.

IT IS SO ORDERED this 14th day of June, 2007.

_____
James M. Moody
United States District Judge