*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

SUNG MOON and                                                                    PLAINTIFFS
JIN MOON

vs.                                    CASE NO.  2:05cv00064 JMM

JAE BOON CHEA and                                                              DEFENDANTS
MYUNG CHEA

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge J. Thomas Ray the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

The Court retains complete jurisdiction for 120 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 28th day of November, 2007.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE