IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SUNG MOON AND JIN MOON**                            **PLAINTIFFS**

V.                      NO. 2:05CV00064 JMM

**JAE BOON CHEA AND MYUNG CHEA**                **DEFENDANTS**

### ORDER

Pursuant to the stipulation of dismissal filed herein, this case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 11th day of September, 2008.

_____
James M. Moody
United States District Judge